**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile:  (805) 270-7589
Email: mbradley@bradleygrombacher.com
        kgrombacher@bradleygrombacher.com

**LEXICON LAW, PC**
John R. Habashy, Esq. (SBN 236708)
Tiffany N. Buda, Esq. (SBN 232679)
633 W. 5th Street, 28th Floor
Los Angeles, CA 90071
Tel: (213) 223-5900
Fax: (888) 373-2107
Email: john@lexiconlaw.com
        tiffany@lexiconlaw.com
Attorneys for Plaintiffs, John DiFlauro,
Brian Martin and the Putative Class

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DIFLAURO, and BRIAN MARTIN individually and on behalf of a class of other similarly situated individuals,<br><br>*Plaintiffs*,<br><br>v.<br><br>BANK OF AMERICA, N.A., a North Carolina Corporation,<br><br>*Defendants*. | **CASE NO: 2:20-cv-05692 DSF(SKx)**<br>[Assigned for All Purposes to Hon. Dale Fischer, CR 7D]<br><br>**CLASS ACTION**<br><br>*PLAINTIFFS' EX PARTE* **REQUEST FOR APPROVAL OF INCREASED SETTLEMENT ADMINISTRATION COSTS**<br><br>**(*Filed concurrently with Declaration of Peter T. Sperry, Esq. and [Proposed] Order*)** |

1
PLAINTIFFS' *EX PARTE* REQUEST FOR APPROVAL OF INCREASED SETTLEMENT
ADMINISTRATION COSTS

Plaintiffs John DiFlauro and Brian Martin (hereinafter referred to as "Plaintiffs") hereby submit the following *ex parte* application seeking approval for increased costs of settlement administration.

WHEREAS, Plaintiffs and Defendant Bank of America, N.A. entered into Settlement Agreement and Release dated May 26, 2022 (Dkt. No. 64-1.)

WHEREAS, BANA has funded the Settlement Fund of $1,975,000 (Dkt. No. 61-1 at 6, ¶ H.)

WHEREAS, Paragraph 3.2.3 states, in pertinent part, "After deducting the Court-approved Service Payment to the Class Representative, Court-approved Attorneys' Fees and Expenses, and administration costs from the Settlement Fund, Settlement Class Members shall be paid from the Settlement Fund in an amount equal to the Settlement Class Member's proportionate share of the Settlement Fund, relative to the total dollar amount of Transaction Fees paid by the Settlement Class Member." (Dkt. No. 61-1 at 20.)

WHEREAS, Paragraph 3.2.5 states, "Under no circumstances shall BANA's total payment obligation under the Agreement exceed $1,975,000, which is inclusive of all payments to the Settlement Class, for costs of notice and administration, for Attorney's Fees and Expenses; and for service payments to the Class Representatives, as approved by the Court." (Dkt. No. 61-1 at 20.)

WHEREAS, in conjunction with Plaintiffs' motion for class certification the Cameron R. Azari, on behalf of the proposed claims administrator Epiq Class Action and Claims Solutions Inc. ("Epiq") estimated that the combined costs to implement the notice plan and handle the settlement administration would be $139,000 to $159,000 (Dkt. No. 47-3.)

WHEREAS, on July 1, 2022, the Court issued its Order Preliminarily Approving Settlement and Providing for Notice, Dkt. No. 56 ("Order") approving the notice plan and appointing Epiq as the third-party administrator;

1  WHEREAS, on December 19, 2022, the Court entered a Final Judgment and
2  Order of Dismissal with Prejudice in the action (Dkt. No 69) granting final approval of
3  the class action settlement and entering the judgment.

4  WHEREAS, due to the factors detailed in the concurrently-filed Declaration of
5  Peter T. Sperry, Esq., the cost of administration has increased;

6  WHEREAS, Plaintiffs request that the Court approve the increased notice costs
7  with the increased class settlement costs to be withdrawn from the Settlement Fund of
8  $1,975,000.

9  WHEREAS, Plaintiffs have discussed the request with BANA, and BANA does
10 not oppose the request.

11 WHEREAS, Plaintiffs bring this issue to the Court's attention via *ex parte*
12 application because distribution is due to be made to the class on February 24, 2023.

DATED: February 22, 2023        Respectfully submitted,

**BRADLEY/GROMBACHER, LLP**
**LEXICON LAW, PC**


By: */s/ Kiley Grombacher*
    Marcus J. Bradley, Esq.
    Kiley Lynn Grombacher, Esq.
    John R. Habashy, Esq.
    Attorneys for Plaintiffs


DATED: February 22, 2023        **MCGUIREWOODS LLP.**

By: */s/ K. Issac deVyyer*
    K. Issac deVyver, Esq.
    Attorney for Defendants

3
PLAINTIFFS' *EX PARTE* REQUEST FOR APPROVAL OF INCREASED SETTLEMENT ADMINISTRATION COSTS

## E-SIGNATURE ATTESTATION

I, Kiley L. Grombacher, attest that I have obtained concurrence in the filing of this stipulation from K. Issac deVyver and approval to affix his electronic signature to this filing in compliance with Local Rule 5-4.3.4(a)(2)(i).

DATED: February 22, 2023

By: /s/ Kiley L. Grombacher
Kiley L. Grombacher
*Attorney for Plaintiffs*