Case 2:20-cv-05692-DSF-SK    Document 76    Filed 03/29/23    Page 1 of 6    Page ID #:2031

**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile:  (805) 270-7589
Email: mbradley@bradleygrombacher.com
         kgrombacher@bradleygrombacher.com

**LEXICON LAW, PC**
John R. Habashy, Esq. (SBN 236708)
Tiffany N. Buda, Esq. (SBN 232679)
633 W. 5th Street, 28th Floor
Los Angeles, CA 90071
Tel: (213) 223-5900
Fax: (888) 373-2107
Email: john@lexiconlaw.com
         tiffany@lexiconlaw.com

Attorneys for Plaintiffs, John DiFlauro,
Brian Martin and the Putative Class

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DIFLAURO, and BRIAN MARTIN individually and on behalf of a class of other similarly situated individuals,<br><br>   *Plaintiffs*,<br><br>v.<br><br>BANK OF AMERICA, N.A., a North Carolina Corporation,<br><br>   *Defendants*. | **CASE NO: 2:20-cv-05692 DSF(SKx)**<br>[Assigned for All Purposes to Hon. Dale Fischer, CR 7D]<br><br>**<u>CLASS ACTION</u>**<br><br>*PLAINTIFFS'* **RENEWED** *EX PARTE* **REQUEST FOR APPROVAL OF INCREASED SETTLEMENT ADMINISTRATION COSTS**<br><br>(***Filed concurrently with Declaration of Peter T. Sperry, Esq. and [Proposed] Order***) |

1
PLAINTIFFS' RENEWED *EX PARTE* REQUEST FOR APPROVAL OF INCREASED SETTLEMENT
ADMINISTRATION COSTS

1    Plaintiffs John DiFlauro and Brian Martin (hereinafter referred to as "Plaintiffs") hereby submit the following *ex parte* application seeking approval for increased costs of settlement administration.

WHEREAS, Plaintiffs and Defendant Bank of America, N.A. entered into Settlement Agreement and Release dated May 26, 2022 (Dkt. No. 64-1.)

WHEREAS, BANA has funded the Settlement Fund of $1,975,000 (Dkt. No. 64-1 at 6, ¶ H.)

WHEREAS, Paragraph 3.2.3 states, in pertinent part, "After deducting the Court-approved Service Payment to the Class Representative, Court-approved Attorneys' Fees and Expenses, and administration costs from the Settlement Fund, Settlement Class Members shall be paid from the Settlement Fund in an amount equal to the Settlement Class Member's proportionate share of the Settlement Fund, relative to the total dollar amount of Transaction Fees paid by the Settlement Class Member." (Dkt. No. 64-1 at 20.)

WHEREAS, Paragraph 3.2.5 states, "Under no circumstances shall BANA's total payment obligation under the Agreement exceed $1,975,000, which is inclusive of all payments to the Settlement Class, for costs of notice and administration, for Attorney's Fees and Expenses; and for service payments to the Class Representatives, as approved by the Court." (Dkt. No. 64-1 at 20.)

WHEREAS, in conjunction with Plaintiffs' motion for preliminary approval of the class action settlement, Cameron R. Azari, on behalf of the proposed claims administrator Epiq Class Action and Claims Solutions Inc. ("Epiq") laid out a notice plan that included: (1) email notice sent "via email to all identified Class members for whom a valid Email address is available"; and (2) a "postcard Notice" to "all identified Class Members with an associated physical addition in addition to the above described Email Notice." (Dkt. No. 47-3 at ¶ 22, ¶ 24.)

WHEREAS, Epiq estimated that the combined costs to implement the notice plan

and handle the settlement administration would be $139,000 to $159,000 (Dkt. No. 47-3.)

WHEREAS, on July 1, 2022, the Court issued its Order Preliminarily Approving Settlement and Providing for Notice, Dkt. No. 56 ("Order") approving the notice plan and appointing Epiq as the third-party administrator;

WHEREAS, pursuant to the approved notice plan, issued Mailed Notice to 65,598 records and sent 74,557 Email Notices to 62,243 records where at least one email address was included on the Notice List.

WHEREAS, by combining these Notice methodologies, the Settlement Administrator was able to provide Notice (either email, mailed or both) to 65,405 of the 65,599 unique Class Members.

WHEREAS, this resulted in Notice reaching an exceptionally high 99.7% of the identified Class.

WHEREAS, on December 19, 2022, the Court entered a Final Judgment and Order of Dismissal with Prejudice in the action (Dkt. No 69) granting final approval of the class action settlement and entering the judgment.

WHEREAS, on Plaintiffs moved *ex parte* for an order approving the increased administration costs (Dkt. No. 72);

WHEREAS, this Court denied the application noting: (1) the ex parte application appears to suggest that there is no limit to the amount of costs that the administrator may deduct from the Settlement Fund; (2) the additional cost appears to have been caused by inconsistent or erroneous instructions provided by counsel; (3) reference in the proposed order to Dkt. No. 61-1 appears to be an error (Dkt. No. 73);

WHEREAS, by this application, Plaintiffs have endeavored to correct the noted deficiencies and better explain the increased costs;

WHEREAS, as noted in the prior declaration, the cost of administration has increased approximately $39,000 from the high end of the range;

WHEREAS, the actual costs of administration deviated from the original proposal in three key areas – Mail Notice totals, Email Notice totals, and related postage expenses;

WHEREAS, although the declaration stated that both forms of notice were to go to all Class Members, the bid presented was predicated on the assumption that notice types would be split evenly among the proposed populations with half the Settlement Class only receiving Mailed Notice and the other half only receiving Email Notice;

WHEREAS the other cost increase related to check printing, postage, and related payment activities;

WHEREAS, Epiq has agreed to cap the Administrative Fees and Costs associated with the currently proposed distribution to Class Members at $198,303.95 ("Agreed Cap");

WHEREAS, based upon the Agreed Cap, the additional Settlement Administration costs, when spread across the entire class represents an average reduction of award amount of only $1.17 per record;

WHEREAS, Plaintiffs request that the Court approve the increased notice costs with the increased class settlement costs to be withdrawn from the Settlement Fund of $1,975,000;

WHEREAS, Plaintiffs have discussed the request with BANA, and BANA does not oppose the request.

WHEREAS, Plaintiffs bring this issue to the Court's attention via *ex parte* application because distribution is due under the terms of the Settlement and the Court's Order.

WHEREAS, Plaintiffs will also concurrently submit a revised proposed order, which updates the citation from "Dkt. No. 61-1" to "Dkt. No. 64-1" to accurately reference the parties' Revised Settlement Agreement and Release.

///

DATED: March 29, 2023                Respectfully submitted,

                                            **BRADLEY/GROMBACHER, LLP**
                                            **LEXICON LAW, PC**

By: */s/ Kiley Grombacher*
    Marcus J. Bradley, Esq.
    Kiley Lynn Grombacher, Esq.
    John R. Habashy, Esq.
    Attorneys for Plaintiffs

DATED: March 29, 2023                **MCGUIREWOODS LLP.**

By: */s/ K. Issac deVyyer*
    K. Issac deVyver, Esq.
    Attorney for Defendants

PLAINTIFFS' RENEWED *EX PARTE* REQUEST FOR APPROVAL OF INCREASED SETTLEMENT ADMINISTRATION COSTS

## E-SIGNATURE ATTESTATION

I, Kiley L. Grombacher, attest that I have obtained concurrence in the filing of this stipulation from K. Issac deVyver and approval to affix his electronic signature to this filing in compliance with Local Rule 5-4.3.4(a)(2)(i).

DATED: March 29, 2023

By: */s/ Kiley L. Grombacher*
Kiley L. Grombacher
*Attorney for Plaintiffs*