# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DIFLAURO, and BRIAN MARTIN individually and on behalf of a class of other similarly situated individuals,<br><br>*Plaintiffs*,<br><br>v.<br><br>BANK OF AMERICA, N.A., a North Carolina Corporation,<br><br>*Defendants*. | **CASE NO: 2:20-cv-05692 DSF(SKx)**<br>[Assigned for All Purposes to Hon. Dale Fischer, CR 7D]<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFFS' RENEWED *EX PARTE* REQUEST FOR APPROVAL OF INCREASED SETTLEMENT ADMINISTRATION COSTS** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN**:

The Court, having duly considered Plaintiffs' Renewed *Ex Parte* Request for Approval of Increased Administration Costs and all papers submitted by plaintiffs in support thereof and the application being unopposed by Defendant, The Court, hereby order as follows, Plaintiffs' request that the Court approve the increased settlement administration costs subject to the cap of $198,303.95 is GRANTED. The increased settlement costs are to be withdrawn from the Settlement Fund of $1,975,000 pursuant to the terms of the Settlement Agreement dated May 26, 2022 (Dkt. No. 64-1 at 6, 20).

IT IS SO ORDERED.

DATED: March 30, 2023

*Dale S. Fischer*
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE